of Appeals granted. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of J. H. W. KROGMAN, an Attorney.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Young, Carswell, Scudder and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of JOHN ROTH, Respondent, against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals, Appellants.— Motion to dismiss appeal denied without prejudice to a renewal after the determination of the Court of Appeals in *People ex rel. St. Albans-Springfield Corporation* v. *Connell (ante,* p. 765, decided by this court May 15, 1931). Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of Discovery of Personal Property of FLORENCE R. SEIDENBERG, Deceased. ALBERT G. FELLOWS, Respondent; WILLIAM J. SEIDENBERG, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of ROBERT K. STORY, JR., an Attorney.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Young, Carswell, Scudder and Davis, JJ.; Lazansky, P. J., not voting.

JACOBS CONTRACTING Co., INC., Respondent, v. HELEN HIRSCHMAN and WILLIAM HIRSCHMAN, Appellants.— Motion to dispense with printing exhibits granted; exhibits to be produced on the argument. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

JAYKON REALTY CORPORATION, Respondent, v. VELODROME GARDEN APARTMENTS, INC., Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

JOSEPH KRAMER, Appellant, v. ABRAHAM SCHONFELD, Individually and as Administrator, etc., of SARAH SCHONFELD, Also Known as SARAH KRAMER, Deceased, and Another, Respondents.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

HENRY KRITZMAN and SAMUEL KRITZMAN, Respondents, v. BRIGHTWATER BUILDING CORPORATION and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

JOHN J. NAUGHTON, Respondent, v. KEYSTONE TRANS. Co., INC., Appellant; SUPERB OPERATORS, INC., Defendant.— Motion for stay denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

RANDOLPH M. NEWMAN, Appellant, v. JULES W. ARNOLD and Others, Defendants; FANNIE ARNOLD, Respondent.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

BERNARD PRITZ, as Administrator, etc., of JOSEPH ZOOB, Respondent, v. MARY